Edward A. Pennington (D.C. Bar No. 422006)
  epennington@sgrlaw.com
John P. Moy (D.C. Bar No. 466908)
  jmoy@sgrlaw.com
Sean T.C. Phelan (D.C. Bar No. 997681)
  sphelan@sgrlaw.com
Jennifer L. Feldman (D.C. Bar No. 1013263)
  jfeldman@sgrlaw.com
John P. Pennington (D.C. Bar No. 1018204)
  jpennington@sgrlaw.com
**SMITH, GAMBRELL & RUSSELL, LLP**
1055 Thomas Jefferson Street, N.W., Suite 400
Washington, D.C. 20007
Telephone: 202.263.4300
Facsimile: 202.263.4329

Michael L. Kirby (SBN 50895)
  mike@kirbyandkirbylaw.com
Heather W. Schallhorn (SBN 299670)
  heather@kirbyandkirbylaw.com
**KIRBY & KIRBY LLP**
501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: 619.487.1500
Facsimile: 619.501.5733

**Attorneys for Plaintiff InfoGation Corp.**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOGATON CORP.,<br><br>Plaintiff,<br><br>v.<br><br>HTC CORPORATION and HTC AMERICA, INC.,<br><br>Defendants. | C.A. No. 3:16-cv-01902-H-JLB<br><br>**INFOGATION CORP.'S ANSWER TO HTC CORPORATION AND HTC AMERICA, INC.'S COUNTERCLAIM**<br><br>**DEMAND FOR JURY TRIAL** |

1

{K&K02061542}

|   |   |
|---|---|
| 1 | HTC CORPORATION and HTC AMERICA, INC., |
| 2 | |
| 3 | Counterclaimants, |
| 4 | vs. |
| 5 | |
| 6 | INFOGATON CORP., |
| 7 | Counterdefendant |

Plaintiff InfoGation Corp. ("InfoGation") by and through its undersigned counsel, hereby provides its responses to the counterclaim filed by Defendants HTC Corporation ("HTC"), and HTC America, Inc. ("HTC America") (collectively "Defendants") as follows:

## COUNTERCLAIMS
## THE PARTIES

1. (Responding to Counterclaim ¶ 1). Admitted.

2. (Responding to Counterclaim ¶ 2). Admitted.

3. (Responding to Counterclaim ¶ 3). Admitted.

## JURISDICTION AND VENUE

4. (Responding to Counterclaim ¶ 4). InfoGation admits that the Court has subject matter jurisdiction over these counterclaims. InfoGation expressly denies

that Defendants are entitled to declaratory judgments of non-infringement and/or invalidity.

5. (Responding to Counterclaim ¶ 5). Admitted.

## FACTUAL BACKGROUND

6. (Responding to Counterclaim ¶ 6). Admitted.

7. (Responding to Counterclaim ¶ 7). Admitted.

8. (Responding to Counterclaim ¶ 8). Denied.

9. (Responding to Counterclaim ¶ 9). Denied.

10. (Responding to Counterclaim ¶ 10). (Responding to Counterclaim ¶ 15). InfoGation admits that an actual and justiciable controversy exists between the parties due to Defendants' infringement of the '743 Patent. To the extent that this paragraph incorporates the allegations of paragraphs 8 and 9, it is denied.

## FIRST COUNT

**Defendants' Request for Declaratory Judgment of Non-Infringement of the '743 Patent**

11. InfoGation incorporates its responses to all preceding paragraphs as if fully set forth herein.

12. (Responding to Counterclaim ¶ 12). Admitted.

13. (Responding to Counterclaim ¶ 13). InfoGation lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 13, and therefore denies them.

14. (Responding to Counterclaim ¶ 14). Denied.

15. (Responding to Counterclaim ¶ 15). InfoGation admits that this is an exceptional case under 35 U.S.C. § 285 justifying an award of attorney's fees and expenses payable to InfoGation from Defendants. InfoGation denies the remaining allegations of this paragraph.

## SECOND COUNT

**Defendants' Request for Declaratory Judgment of Invalidity of the '743 Patent**

16. (Responding to Counterclaim ¶ 16). InfoGation incorporates its responses to all preceding paragraphs as if fully set forth herein.

17. (Responding to Counterclaim ¶ 17). Admitted.

18. (Responding to Counterclaim ¶ 18). InfoGation lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 18, and therefore denies them.

19. (Responding to Counterclaim ¶ 19). Denied.

20. (Responding to Counterclaim ¶ 20). InfoGation admits that this is an exceptional case under 35 U.S.C. § 285 justifying an award of attorney's fees and expenses payable to InfoGation from Defendants. InfoGation denies the remaining allegations of this paragraph.

## PRAYER FOR RELIEF

InfoGation denies that Defendants are entitled to any relief set forth in their "Prayer for Relief."

Dated: November 22, 2016            Respectfully submitted,

**KIRBY & KIRBY LLP**


By:  /s/ Michael L. Kirby
     Michael L. Kirby
     Attorneys for Plaintiff

**SMITH GAMBRELL & RUSSELL, LLP**


By:  /s/ Edward A. Pennington
     Edward A. Pennington
     John P. Moy
     Sean T. C. Phelan
     John P. Pennington
     Jennifer L. Feldman
     Attorneys for Plaintiff

{K&K02061542}