| | |
|---|---|
| 1 | Edward A. Pennington (D.C. Bar No. 422006) (admitted *pro hac vice*) |
|   | epennington@sgrlaw.com |
| 2 | John P. Moy (D.C. Bar No. 466908) (admitted *pro hac vice*) |
|   | jmoy@sgrlaw.com |
| 3 | Sean T.C. Phelan (D.C. Bar No. 997681) (admitted *pro hac vice*) |
|   | sphelan@sgrlaw.com |
| 4 | John P. Pennington (D.C. Bar No. 1018204) (admitted *pro hac vice*) |
|   | jpennington@sgrlaw.com |
| 5 | **SMITH, GAMBRELL & RUSSELL, LLP** |
|   | 1055 Thomas Jefferson Street, N.W., Suite 400 |
| 6 | Washington, D.C. 20007 |
|   | Telephone: 202.263.4300 |
| 7 | Facsimile: 202.263.4329 |
| 8 | Michael L. Kirby (SBN 50895) |
|   | mike@kirbyandkirbylaw.com |
| 9 | Heather W. Schallhorn (SBN 299760) |
|   | heather@kirbyandkirbylaw.com |
| 10 | **KIRBY & KIRBY LLP** |
|   | 501 West Broadway, Suite 1720 |
| 11 | San Diego, California 92101 |
|   | Telephone: 619.487.1500 |
| 12 | Facsimile: 619.501.5733 |
| 13 | **Attorneys for Plaintiff InfoGation Corp.** |
| 14 | Fred I. Williams (Texas Bar No. 00794855) (admitted *pro hac vice*) |
|   | fwilliams@velaw.com |
| 15 | Mario Apreotesi (Texas Bar No. 24080772) (admitted *pro hac vice*) |
|   | mapreotesi@velaw.com |
| 16 | **VINSON & ELKINS LLP** |
|   | 2801 Via Fortuna, Suite 100 |
| 17 | Austin, TX 78746-7568 |
|   | 512.542.8400 Telephone |
| 18 | 512.542.8612 Facsimile |
| 19 | Todd E. Landis (Texas Bar No. 24030226) (admitted *pro hac vice*) |
|   | tlandis@velaw.com |
| 20 | **VINSON & ELKINS LLP** |
|   | 2001 Ross Avenue, Suite 3700 |
| 21 | Dallas, TX 75201-2975 |
|   | 214.220.7700 Telephone |
| 22 | 214.220.7716 Facsimile |
| 23 | David J. Tsai (California Bar No. 244479) |
|   | dtsai@velaw.com |
| 24 | **VINSON & ELKINS LLP** |
|   | 555 Mission Street, Suite 2000 |
| 25 | San Francisco, CA 94105 |
|   | 415.979.6900 Telephone |
| 26 | 415.651.8786 Facsimile |
| 27 | **Attorneys for Defendants HTC Corporation and HTC America, Inc.** |
| 28 | |

{K&K02071129}

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOGATION CORP., <br><br>            Plaintiff, <br><br> v. <br><br> HTC CORPORATION and HTC AMERICA, INC., <br><br>            Defendants. | Case No.:  3:16-cv-01902-H-JLB <br><br> **JOINT STIPULATION TO REMOVE CERTAIN ACCUSED PRODUCTS** |

{K&K02071129}

| | |
|---|---|
| 1 | WHEREAS, Plaintiff InfoGation has accused Defendants HTC Corporation and HTC America, Inc. (collectively "HTC") of infringing U.S. Patent No. 6,292,743 through making, using, selling, offering for sale and/or importing into the United States the following: HTC 10, HTC Amaze, HTC Aria, HTC Butterfly, HTC ChaCha, HTC Desire, HTC DROID DNA, HTC Droid Incredible, HTC Evo, HTC Explorer, HTC First, HTC Google Nexus One, HTC Gratia, HTC Hero; HTC Incredible, HTC Inspire, HTC J, HTC Legend, HTC Merge, HTC One, HTC Panache, HTC Primo, HTC Raider, HTC Rezound, HTC Rhyme, HTC Salsa, HTC Sensation, HTC Status, HTC ThunderBolt, HTC Velocity, HTC Vivid, and HTC Wildfire smartphone product lines; |

WHEREAS, Plaintiff InfoGation has accused Defendants HTC Corporation and HTC America, Inc. (collectively "HTC") of infringing U.S. Patent No. 6,292,743 through making, using, selling, offering for sale and/or importing into the United States the following: HTC 10, HTC Amaze, HTC Aria, HTC Butterfly, HTC ChaCha, HTC Desire, HTC DROID DNA, HTC Droid Incredible, HTC Evo, HTC Explorer, HTC First, HTC Google Nexus One, HTC Gratia, HTC Hero; HTC Incredible, HTC Inspire, HTC J, HTC Legend, HTC Merge, HTC One, HTC Panache, HTC Primo, HTC Raider, HTC Rezound, HTC Rhyme, HTC Salsa, HTC Sensation, HTC Status, HTC ThunderBolt, HTC Velocity, HTC Vivid, and HTC Wildfire smartphone product lines;

WHEREAS, HTC represents that the HTC Butterfly, HTC Gratia, HTC J, HTC Panache, HTC Raider, HTC Salsa, and HTC Velocity are not now and have never been made, used, sold, offered for sale and/or imported into the United States;

NOW, THEREFORE, it is hereby stipulated by and between the parties, through their undersigned counsel, as follows:

Plaintiff InfoGation no longer accuses the HTC Butterfly, HTC Gratia, HTC J, HTC Panache, HTC Raider, HTC Salsa, and HTC Velocity of infringement.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| VINSON & ELKINS | SMITH, GAMBRELL & RUSSELL |
|---|---|
| /s/ *Fred I. Williams* | /s/ *Sean Phelan* |
| Fred I. Williams (*pro hac vice*) | Edward A. Pennington (*pro hac vice*) |
| (fwilliams@velaw.com) | (epennington@sgrlaw.com) |
| Mario Apreotesi (*pro hac vice*) | John P. Moy (*pro hac vice*) |
| (mapreotesi@velaw.com) | (jmoy@sgrlaw.com) |
| VINSON & ELKINS LLP | Sean T.C. Phelan (*pro hac vice*) |
| 2801 Via Fortuna, Suite 100 | (sphelan@sgrlaw.com) |
| Austin, TX 78746-7568 | John P. Pennington (*pro hac vice*) |
| Tel: (512) 542-8400 | (jpennington@sgrlaw.com) |

| | | |
|---|---|---|
| 1 | Fax: (512) 542-8612 | SMITH GAMBRELL & RUSSELL LLP |
| | | 1055 Thomas Jefferson Street, N.W. |
| 2 | Todd E. Landis (pro hac vice) | Suite 400 |
| 3 | (tlandis@velaw.com) | Washington, D.C. 20007 |
| | VINSON & ELKINS LLP | Telephone: 202.263.4300 |
| 4 | 2001 Ross Avenue, Suite 3700 | Facsimile: 202.263.4329 |
| 5 | Dallas, TX 75201-2975 | |
| | Tel: (214) 220-7700 | Michael L. Kirby (SBN 50895) |
| 6 | Fax: (214) 220-7716 | (mike@kirbyandkirbylaw.com) |
| 7 | | Heather W. Schallhorn (SBN 299670) |
| | David J. Tsai (SBN 244479) | (heather@kirbyandkirbylaw.com) |
| 8 | (dtsai@velaw.com) | KIRBY & KIRBY LLP |
| 9 | VINSON & ELKINS LLP | 501 West Broadway, Suite 1720 |
| | 555 Mission Street, Suite 2000 | San Diego, California 92101 |
| 10 | San Francisco, CA 94105 | Telephone: 619.487.1500 |
| 11 | Tel: (415) 979-6900 | Facsimile: 619.501.5733 |
| | Fax: (415) 651-8786 | |
| 12 | | *Attorneys for Plaintiff InfoGation Corp.* |
| 13 | *Attorneys for Defendants* | |
| | *HTC Corporation and HTC* | |
| 14 | *America. Inc.* | |