| | |
|---|---|
| 1  Edward A. Pennington (D.C. Bar No. 422006) (admitted *pro hac vice*) | Fred I. Williams (admitted *pro hac vice*) (fwilliams@velaw.com) |
| 2  epennington@sgrlaw.com | Mario Apreotesi (admitted *pro hac vice*) (mapreotesi@velaw.com) |
| 3  John P. Moy (D.C. Bar No. 466908) (admitted *pro hac vice*) | VINSON & ELKINS LLP |
| 4  jmoy(@sgrlaw.com | 2801 Via Fortuna, Suite 100 |
| 5  Sean T.C. Phelan (D.C. Bar No. 997681) (admitted *pro hac vice*) | Austin, TX 78746-7568 |
| 6  sphelan@sgrlaw.com | Tel: (512) 542-8400 / Fax: (512) 542-8612 |
| 7  John P. Pennington (D.C. Bar No. 1018204) (admitted *pro hac vice*) | Todd E. Landis (admitted *pro hac vice*) (tlandis@velaw.com) |
|    jpennington@sgrlaw.com | |
| 8  SMITH, GAMBRELL & RUSSELL, LLP | VINSON & ELKINS LLP |
| 9  1055 Thomas Jefferson ST., N.W., St. 400 Washington, D.C. 20007 | 2001 Ross Avenue, Suite 3700 Dallas, TX  75201-2975 |
| 10 Telephone: (202) 263-4300 | Tel: (214) 220-7700  / Fax: (214) 220-7716 |
|    Facsimile: (202) 263-4329 | |
| 11 | |
| 12 Michael L. Kirby (SBN 50895) | David J. Tsai (SBN 244479) (dtsai@velaw.com) |
|    mike@kirbyandkirbylaw.com | |
| 13 Heather W. Schallhorn (SBN 299760) | VINSON & ELKINS LLP |
| 14 heather@kirbyandkirbylaw.com | 555 Mission Street, Suite 2000 |
|    KIRBY & KIRBY LLP | San Francisco, CA  94105 |
| 15 501 West Broadway, Suite 1720 | Tel: (415) 979-6900 / Fax: (415) 651-8786 |
|    San Diego, California 92101 | |
| 16 Telephone: (619) 487-1500 | *Attorneys for Defendants* |
| 17 Facsimile: (619) 501-5733 | HTC CORPORATION and HTC AMERICA, INC. |
| 18 *Attorneys for Plaintiff* InfoGation Corp. | |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INFOGATION CORP., | **Case No. 3:16-cv-01902-H-JLB** |
| Plaintiffs, | **JOINT CLAIM CONSTRUCTION WORKSHEET (APPENDIX A)** |
| v. | |
| HTC CORPORATION and HTC AMERICA, INC., | |
| Defendants. | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**U.S. PATENT NO. 6,292,743**
**ASSERTED CLAIM: 15**

Construed Terms: **bold - 1st occurrence <u>underlined</u>**
Proposed Constructions: *italicized*

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| 15. A mobile navigation system comprising: | | | | |
| [a] a navigation computer; | | | | |
| [b] a wireless transceiver coupled to said navigation computer for connecting with a **navigation server**, | **<u>navigation server</u>** *a server that provides navigation function* | | | |
| [c] said **navigation server** for calculating **optimal <u>routes</u>** based on real-time information, said **optimal routes** being formatted using a **non-<u>proprietary</u>**, **natural <u>language</u>** description; | | **<u>optimal routes/optimal route</u>** *Plain and ordinary meaning.* <br><br> - or - <br><br> Alternative Construction: *recommended route(s) based on one or more criteria* | **<u>optimal routes/optimal route</u>** *Indefinite* | |
| | | **<u>non-proprietary</u>** *Plain and ordinary meaning.* <br><br> - or - | **<u>non-proprietary</u>** *format that can be used with mapping databases provided by other manufacturers* | |

1

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**U.S. PATENT NO. 6,292,743**
**ASSERTED CLAIM: 15**

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | | Alternative Construction: *conforming to standards that are in the public domain or are widely licensed* | | |
| | | **natural language** *Plain and ordinary meaning.*<br><br>- or -<br><br>Alternative Construction: *text using generic terms* | **natural language** *a language spoken and written by humans* | |
| [d] a **mapping database coupled to said navigation computer for reconstructing said optimal route from said non-proprietary, natural language description**; and | | **mapping database coupled to said navigation computer for reconstructing said optimal route from said non-proprietary, natural language description** *Plain and ordinary meaning.*<br><br>- or -<br><br>Alternative Construction: *mapping database coupled to said navigation computer used in building the optimal route from the* | **mapping database coupled to said navigation computer for reconstructing said optimal route from said non-proprietary, natural language description** *mapping database coupled to said navigation computer for transforming the non-proprietary, natural language description into an optimal route displayed as part of a map* | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION WORKSHEET**
**U.S. PATENT NO. 6,292,743**
**ASSERTED CLAIM: 15**

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | | *non-proprietary, natural language description* | | |
| [e] a display screen coupled to said navigation computer for displaying said **optimal route** using said mapping database. | | | | |