Edward A. Pennington (D.C. Bar No. 422006)
    epennington@sgrlaw.com
John P. Moy (D.C. Bar No. 466908)
    jmoy@sgrlaw.com
Sean T.C. Phelan (D.C. Bar No. 997681)
    sphelan@sgrlaw.com
John P. Pennington (D.C. Bar No. 1018204)
    jpennington@sgrlaw.com
**SMITH, GAMBRELL & RUSSELL, LLP**
1055 Thomas Jefferson Street, N.W., Suite 400
Washington, D.C. 20007
Telephone: 202.263.4300
Facsimile: 202.263.4329

Michael L. Kirby (SBN 50895)
    mike@kirbyandkirbylaw.com
Heather W. Schallhorn (SBN 299670)
    heather@kirbyandkirbylaw.com
**KIRBY & KIRBY LLP**
501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: 619.487.1500
Facsimile: 619.501.5733

**Attorneys for Plaintiff InfoGation Corp.**

///

///

///

///

///

{K&K02073089}

Jason W. Wolff (SBN 215819)
  wolff@fr.com
Joanna M. Fuller (SBN 266406)
  jfuller@fr.com
Robert M. Yeh (SBN 286018)
  ryeh@fr.com
**FISH & RICHARDSON P.C.**
12390 El Camino Real
San Diego, California 92130
Telephone: 858.678.5070
Facsimile: 858.678.5099

**Attorneys for Defendants Huawei Technologies Co., Ltd. and Huawei Device USA, Inc.**

Darin W. Snyder (SBN 136003)
  dsnyder@omm.com
Luann L. Simmons (SBN 203526)
  lsimmons@omm.com
David S. Almeling (SBN 235449)
  dalmeling@omm.com
Mark Liang (SBN 278487)
  mliang@omm.com
John X. Zhu (SBN 310857)
  jzhu@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

Mishima Alam (SBN 271621)
  malam@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants*
HUAWEI DEVICE USA, INC.,

{K&K02073089}

| | |
|---|---|
| 1 | HUAWEI DEVICE CO., LTD., and |
| 2 | HUAWEI DEVICE (DONGGUAN) CO. |
| 3 | |
| 4 | Fred I. Williams (Texas Bar No. 00794855) |
| 5 | (admission pro hac vice pending) fwilliams@velaw.com |
| 6 | Mario Apreotesi (Texas Bar No. 24080772) |
| 7 | |
| 8 | (admission pro hac vice pending) mapreotesi@velaw.com |
| 9 | **VINSON & ELKINS LLP** |
| 10 | 2801 Via Fortuna, Suite 100 Austin, TX 78746-7568 |
| 11 | 512.542.8400 Telephone 512.542.8612 Facsimile |
| 12 | |
| 13 | Todd E. Landis (Texas Bar No. 24030226) |
| 14 | (admission pro hac vice pending) |
| 15 | tlandis@velaw.com |
| 16 | **VINSON & ELKINS LLP** 2001 Ross Avenue, Suite 3700 |
| 17 | Dallas, TX  75201-2975 214.220.7700 Telephone |
| 18 | 214.220.7716 Facsimile |
| 19 | |
| 20 | David J. Tsai (California Bar No. 244479) |
| 21 | dtsai@velaw.com |
| 22 | **VINSON & ELKINS LLP** 555 Mission Street, Suite 2000 |
| 23 | San Francisco, CA  94105 415.979.6900 Telephone |
| 24 | 415.651.8786 Facsimile |
| 25 | |
| 26 | **Attorneys for Defendants HTC Corporation** |
| 27 | **and HTC America, Inc.** |
| 28 | |

{K&K02073089}

- 3 -

Howard L. Chen (SBN 257393)
   (admission pro hac vice pending)
   howard.chen@klgates.com
Harold H. Davis, Jr. (SBN 235552)
   harold.davis@klgates.com
Rachel Burnim (SBN 292952)
   rachel.burnim@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Ste. 1200
San Francisco, CA 94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

Jay C. Chiu (SBN 205385)
   jay.chiu@klgates.com
**K&L GATES LLP**
1 Park Plaza; Twelfth Floor
Irvine, CA 92614
Telephone: 949.253.0900
Facsimile: 949.253.0902

**Attorneys for Defendants ZTE Corporation and ZTE (USA) Inc.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOGATION CORP., <br><br> Plaintiff, <br><br> v. <br><br> ZTE (USA), INC., <br><br> Defendants. | Civil Action No.:3:16-cv-01901-H-JLB <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING LIMITS ON DISCOVERY** |

/ / /

/ / /

/ / /

{K&K02073089}

| | |
|---|---|
| INFOGATION CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>HTC CORP. ET AL.,<br><br>    Defendant. | Civil Action No.:3:16-cv-01902-H-JLB |
| INFOGATION CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE USA, INC., ET AL.,<br><br>    Defendants. | Civil Action No.:3:16-cv-01903-H-JLB |

Plaintiff InfoGation Corp. ("Plaintiff") and Defendants ZTE (USA), Inc., HTC Corporation, HTC America, Inc., Huawei Device USA, Inc., Huawei Device Co., Ltd., and Huawei Device (Dongguan) Co. (collectively, "Defendants"), by counsel, hereby stipulate and agree to the following limits on discovery.

As used herein, a "Defendant Group" shall mean the defendant(s) in each captioned case; "Defendants" shall mean the defendants, collectively, across the captioned cases; and "Plaintiff" shall mean the plaintiff across the captioned cases. The limits outlined in this order apply to Civil Action Nos. 3:16-cv-01901-H-JLB, 3:16-cv-01902-H-JLB, 3:16-cv-01903-H-JLB.

/ / /

/ / /

/ / /

/ / /

/ / /

{K&K02073089}

- 5 -

1. **Requests for Admission.**
   a. Plaintiff may serve up to twenty-five (25) Requests for Admission separately on each Defendant Group and each Defendant Group may serve up to twenty-five (25) Requests for Admission on Plaintiff.
   b. Separate from the above limit, Plaintiff may serve up to one hundred (100) Requests for Admission separately on each Defendant Group directed solely to the authentication of documents and things. Each Defendant Group may serve up to one hundred (100) Requests for Admission directed solely to the authentication of documents and things on Plaintiff.
2. **Interrogatories.**
   a. Defendants are allowed to serve fifteen (15) common interrogatories on Plaintiff. In addition, each Defendant Group may serve up to ten (10) individual interrogatories on Plaintiff.
3. **Rule 30(b)(6) Depositions.**
   a. Plaintiff may take a maximum of twenty-one (21) hours of depositions of corporate witnesses under Rule 30(b)(6) for each Defendant Group.
   b. Defendants collectively may take a maximum of twenty-one (21) hours of depositions of corporate witnesses under Rule 30(b)(6) for Plaintiff.
4. **Electronic Service** The parties agree to accept service by email. The parties agree that service by email by 11:59 pm Pacific time on a given day will be treated as service by personal delivery that day.

/ / /
/ / /
/ / /
/ / /
/ / /

{K&K02073089}

| | | |
|---|---|---|
| 1 | Dated: March 24, 2017 | |
| 2 | | |
| 3 | By: /s/ *Edward Pennington* | By: /s/ *Mark Liang* |

Edward A. Pennington (D.C. Bar No. 422006) (admitted *pro hac vice*)
   epennington@sgrlaw.com
John P. Moy (D.C. Bar No. 466908) (admitted *pro hac vice*)
   jmoy@sgrlaw.com
Sean T.C. Phelan (D.C. Bar No. 997681) (admitted *pro hac vice*)
   sphelan@sgrlaw.com
John P. Pennington (D.C. Bar No. 1018204) (admitted *pro hac vice*)
   jpennington@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson Street, N.W., Suite 400
Washington, D.C. 20007
Telephone: (202) 263-4300
Facsimile: (202) 263-4329

Michael L. Kirby (SBN 50895)
   mike@kirbyandkirbylaw.com
Heather W. Schallhorn (SBN 299760)
   heather@kirbyandkirbylaw.com
KIRBY & KIRBY LLP
501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: (619) 487-1500
Facsimile: (619) 501-5733

*Attorneys for Plaintiff*
InfoGation Corp.

---

Jason W. Wolff (SBN 215819)
   wolff@fr.com
Joanna M. Fuller (SBN 266406)
   jfuller@fr.com
Robert M. Yeh (SBN 286018)
   ryeh@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099

Darin W. Snyder (SBN 136003)
   dsnyder@omm.com
Luann L. Simmons (SBN 203526)
   lsimmons@omm.com
David S. Almeling (SBN 235449)
   dalmeling@omm.com
Mark Liang (SBN 278487)
   mliang@omm.com
John X. Zhu (SBN 310857)
   jzhu@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Mishima Alam (SBN 271621)
   malam@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants*
HUAWEI DEVICE USA, INC.,

{K&K02073089}

|   |   |
|---|---|
| 1 | HUAWEI DEVICE CO., LTD., and |
| 2 | HUAWEI DEVICE (DONGGUAN) CO. |
| 3 |   |
| 4 |   |
| 5 | By: /s/ *Harold H. Davis, Jr.* |
|   | Howard L. Chen (SBN 257393) |
| 6 | howard.chen@klgates.com |
|   | Harold H. Davis, Jr. (SBN 235552) |
| 7 | harold.davis@klgates.com |
|   | Rachel Burnim (SBN 292952) |
| 8 | rachel.burnim@klgates.com |
| 9 | K&L GATES LLP |
|   | Four Embarcadero Center, Ste. 1200 |
| 10 | San Francisco, CA 94111 |
| 11 | Telephone: 415.882.8200 |
|   | Facsimile: 415.882.8220 |
| 12 |   |
| 13 | Jay C. Chiu (SBN 205385) |
|   | jay.chiu@klgates.com |
| 14 | K&L GATES LLP |
| 15 | 1 Park Plaza; Twelfth Floor |
|   | Irvine, CA 92614 |
| 16 | Telephone: 949.253.0900 |
| 17 | Facsimile: 949.253.0902 |
| 18 |   |
|   | *Attorneys for Defendant* |
| 19 | ZTE (USA) INC. |
| 20 |   |
| 21 | By: /s/ *David J. Tsai* |
|   | Fred I. Williams (admitted pro hac vice) |
| 22 |  (fwilliams@velaw.com) |
|   | Mario Apreotesi (admitted pro hac vice) |
| 23 |  (mapreotesi@velaw.com) |
| 24 | VINSON & ELKINS LLP |
|   | 2801 Via Fortuna, Suite 100 |
| 25 | Austin, TX 78746-7568 |
| 26 | Tel: (512) 542-8400 / Fax: (512) 542-8612 |
| 27 |   |
|   | Todd E. Landis (admitted pro hac vice) |
| 28 |  (tlandis@velaw.com) |

{K&K02073089}

- 8 -

|    |                                           |
|----|-------------------------------------------|
| 1  |                                           |
| 2  | VINSON & ELKINS LLP                       |
|    | 2001 Ross Avenue, Suite 3700              |
| 3  | Dallas, TX 75201-2975                     |
|    | Tel: (214) 220-7700 / Fax: (214) 220-7716 |
| 4  |                                           |
| 5  | David J. Tsai (SBN 244479)                |
|    | (dtsai@velaw.com)                         |
| 6  | VINSON & ELKINS LLP                       |
|    | 555 Mission Street, Suite 2000            |
| 7  | San Francisco, CA 94105                   |
| 8  | Tel: (415) 979-6900 / Fax: (415) 651-8786 |
| 9  | *Attorneys for Defendants*                |
|    | HTC CORPORATION and HTC                   |
| 10 | AMERICA, INC.                             |

{K&K02073089}

- 9 -

[

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 24, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*s/ Julie A. Roland*