UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| INFOGATION CORP., | Case No.: 3:16-cv-1902-H-JLB and 3:17-cv-0646-H-JLB |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF SHERRIE GIETZEN IN SUPPPORT OF DEFENDANTS HTC AMERICA, INC. AND HTC CORP.'S MOTION REGARDING IMPROPER VENUE** |
| HTC CORPORATION and HTC AMERICA, INC., | |
| Defendant. | |

I, Sherrie Gietzen, state and declare as follows:

1. I am over the age of 21 and of sound mind.

2. I am Associate Vice President, Human Resources and Administration at HTC America, Inc. ("HTC America"). My office is located in Seattle, Washington. I have personal knowledge of the facts provided below or have access to information and/or records that have allowed me to confirm these facts. If called as a witness, I could and would competently testify to these facts.

3. HTC America is a Washington State corporation with its principal place of business and headquarters in Seattle, Washington.

4. The vast majority of the employees of HTC America are located in the State of Washington.

5. HTC America does not have any offices, warehouses, retail locations, or other facilities in the Southern District of California.

6. HTC Corporation ("HTC. Corp.") is the parent company of HTC America. HTC Corp. is a Taiwanese corporation with its principal place of business in New Taipei City, Taiwan.

7. The vast majority of the employees of HTC Corp. are located in Taiwan, with none residing in the United States.

8. HTC Corp. does not have any offices, warehouses, retail locations, or other facilities in the Southern District of California.

9. HTC America and HTC Corp. (collectively, "HTC") do not maintain any records in the Southern District of California. Those records are primarily maintained in the State of Washington or in Taiwan.

10. HTC America does not have any employees in the Southern District of California with unique, relevant knowledge of the Google Maps application on HTC devices. HTC America has five employees who reside in the Southern District of California and work from their homes. HTC does not own, lease, or control any of these residences. Four of those employees work in HTC America's in-house legal department. The fifth employee is a director of field sales who does not keep an inventory of HTC products for sale at his home office.

11. The following HTC America employees, who I understand were identified in the initial disclosures of HTC in this litigation, live and work in the Western District of Washington: Roberto Loria and Andrew Pudduck. Mohammed Versi, an HTC America employee also identified in the initial disclosures, lives and works in Florida. Hsiu Lai, who I understand is the only HTC Corp. employee identified in HTC defendants' initial disclosures, lives and works in Taiwan. It would be more convenient for these witnesses from HTC America and HTC Corp. to travel and appear at trial if the case were transferred to the Western District of Washington, rather than being in the Southern District of California, including for Mr. Versi, whose job entails regular travel to Seattle for business.

12. A subsidiary of HTC Corp., HTC America Content Services, Inc., has an office in San Francisco, California. Twelve HTC America employees work in that San Francisco office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June ____, 2017 in Seattle, Washington.

_____
Sherrie Gietzen