Edward A. Pennington (D.C. Bar No. 422006) (admitted *pro hac vice*)
   epennington@sgrlaw.com
John P. Moy (D.C. Bar No. 466908) (admitted *pro hac vice*)
   jmoy@sgrlaw.com
Sean T.C. Phelan (D.C. Bar No. 997681) (admitted *pro hac vice*)
   sphelan@sgrlaw.com
John P. Pennington (D.C. Bar No. 1018204) (admitted *pro hac vice*)
   jpennington@sgrlaw.com
Darlene K. Tzou (VA Bar No. 91139) (admitted *pro hac vice*)
   dtzou@sgrlaw.com
**SMITH, GAMBRELL & RUSSELL, LLP**
1055 Thomas Jefferson Street, N.W., Suite 400
Washington, D.C. 20007
Telephone: 202.263.4300
Facsimile: 202.263.4329

Michael L. Kirby (SBN 50895)
   mike@kirbyandkirbylaw.com
Heather W. Schallhorn (SBN 299760)
   heather@kirbyandkirbylaw.com
**KIRBY & KIRBY LLP**
501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: 619.487.1500
Facsimile: 619.501.5733

**Attorneys for Plaintiff InfoGation Corp.**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOGATION CORP.,<br><br>   Plaintiff,<br><br>v.<br><br>HTC CORPORATION and HTC AMERICA, INC.,<br><br>   Defendants. | Case Nos.:  3:16-cv-01902-H-JLB<br>              3:17-cv-00646-H-JLB<br><br>**PLAINTIFF INFOGATION CORP.'S ANSWER TO HTC AMERICA'S COUNTERCLAIMS**<br><br>**DEMAND FOR JURY TRIAL** |
| HTC CORPORATION and HTC AMERICA, INC.,<br><br>   Counterclaimant,<br><br>v.<br><br>INFOGATION CORP.,<br><br>   Counterdefendant. | |

Plaintiff InfoGation Corp. ("InfoGation"), by and through its undersigned counsel, hereby provides its responses to the counterclaims filed by Defendant HTC America, Inc. ("HTC America" or "Defendant") as follows:

## COUNTERCLAIMS

### THE PARTIES

1.  (Responding to Counterclaim ¶ 1). Denied. HTC Corp. is not a party to this counterclaim.

2.  (Responding to Counterclaim ¶ 2). Admitted.

### JURISDICTION AND VENUE

3.  (Responding to Counterclaim ¶ 3). InfoGation admits that the Court has subject matter jurisdiction over these counterclaims. InfoGation expressly denies that Defendant is entitled to declaratory judgments of non-infringement and/or invalidity.

4.  (Responding to Counterclaim ¶ 4). Admitted.

### FACTUAL BACKGROUND

5.  (Responding to Counterclaim ¶ 5). Admitted.
6.  (Responding to Counterclaim ¶ 6). Admitted.
7.  (Responding to Counterclaim ¶ 7). Denied.
8.  (Responding to Counterclaim ¶ 8). Denied.
9.  (Responding to Counterclaim ¶ 9). InfoGation admits that an actual and justiciable controversy exists between the parties due to Defendant's infringement of the '843 Patent. To the extent that this paragraph incorporates the allegations of paragraphs 7 and 8, it is denied.

## FIRST COUNT

### Defendants' Request for Declaratory Judgment of Non-Infringement of the '843 Patent

10. (Responding to Counterclaim ¶ 10). InfoGation incorporates its responses to all preceding paragraphs as if fully set forth herein.

11. (Responding to Counterclaim ¶ 11). Admitted.

12. (Responding to Counterclaim ¶ 12). InfoGation lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 12, and therefore denies them.

13. (Responding to Counterclaim ¶ 13). Denied.

14. (Responding to Counterclaim ¶ 14). InfoGation admits that this is an exceptional case under 35 U.S.C. § 285 justifying an award of attorney's fees and expenses payable to InfoGation from Defendant. InfoGation denies the remaining allegations of this paragraph.

## SECOND COUNT

### Defendants' Request for Declaratory Judgment of Invalidity of the '843 Patent

15. (Responding to Counterclaim ¶ 15). InfoGation incorporates its responses to all preceding paragraphs as if fully set forth herein.

16. (Responding to Counterclaim ¶ 16). Admitted.

17. (Responding to Counterclaim ¶ 17). InfoGation lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 17, and therefore denies them.

18. (Responding to Counterclaim ¶ 18). Denied.

19. (Responding to Counterclaim ¶ 19). InfoGation admits that this is an exceptional case under 35 U.S.C. § 285 justifying an award of attorney's fees and expenses payable to InfoGation from Defendant. InfoGation denies the remaining allegations of this paragraph.

# REQUEST FOR RELIEF

InfoGation denies that Defendant is entitled to any relief set forth in its "Request for Relief."

DATED: August 9, 2017

Respectfully submitted,

KIRBY & KIRBY LLP,

By: /s/ Michael L. Kirby
Michael L. Kirby
Heather W. Schallhorn

Edward A. Pennington (admitted *pro hac vice*)
John P. Moy (admitted *pro hac vice*)
Sean T.C. Phelan (admitted *pro hac vice*)
John P. Pennington (admitted *pro hac vice*)
Darlene K. Tzou (admitted *pro hac vice*)
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson St. NW, Suite 400
Washington, DC 20007
Tel: 202-263-4300
Fax: 202-263-4329
Email: epennington@sgrlaw.com
Email: jmoy@sgrlaw.com
Email: sphelan@sgrlaw.com
Email: jpennington@sgrlaw.com
Email: dtzou@sgrlaw.com

*Attorneys for Plaintiff*
*INFOGATION CORP.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 9, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

_____
Maria Arreola