[counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOGATION CORP., <br><br> Plaintiff, <br><br> v. <br><br> ZTE (USA), INC., <br><br> Defendants. | Case No.: 3:16-cv-01901-H-JLB and No. 3:17-cv-0645-H-JLB <br><br> **JOINT NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY OR CONTINUE ALL DEADLINES PENDING SETTLEMENT** |
| INFOGATION CORP., <br><br> Plaintiff, <br><br> v. <br><br> HTC CORPORATION; HTC AMERICA, INC., <br><br> Defendants. | Case No.: 3:16-cv-01902-H-JLB and No. 3:17-cv-0646-H-JLB |

| | |
|---|---|
| INFOGATION CORP., <br><br> Plaintiff, <br><br> v. <br><br> HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD. and HUAWEI DEVICE (DONGGUAN) CO., <br><br> Defendants. | Case No.: 3:16-cv-01903-H-JLB and No. 3:17-cv-0647-H-JLB |

NOTICE IS HEREBY GIVEN that the above captioned matters between Plaintiff InfoGation Corp. ("InfoGation") and Defendants ZTE (USA), Inc., HTC Corporation, HTC America, Inc., Huawei Device USA, Inc., Huawei Device Co., Ltd. and Huawei Device (Dongguan) Co. (collectively "Defendants"), have been settled.

InfoGation and Defendants have reached an agreement in principle for the settlement of the above-captioned matter and are in the process of finalizing their settlement agreement. InfoGation and Defendants are referred to collectively hereafter as the "Parties."

The Parties anticipate filing a notice of voluntary dismissal of the claims and counterclaims in their actions no later than September 6, 2017. In light of the foregoing, the Parties make the following joint motion seeking an order from the Court staying or continuing all deadlines in this matter up to and including September 6, 2017, by which date the parties expect to have executed a settlement agreement and it is anticipated that InfoGation will file a notice of voluntary dismissal of the case.

This limited stay or continuance of deadlines is for good cause and so that justice may be served. The Parties do not submit this request to the Court for purposes of delay, but rather so that they may have time to finalize a written settlement agreement and dismiss this matter forthwith in its entirety.

Pursuant to Local Civil Rule 7.2, the parties hereto will separately submit a Proposed Order granting the relief requested.

Dated: August 24, 2017

By: /s/ Michael L. Kirby

Edward A. Pennington (D.C. Bar No. 422006) (admitted *pro hac vice*)
epennington@sgrlaw.com
John P. Moy (D.C. Bar No. 466908) (admitted *pro hac vice*)
jmoy@sgrlaw.com
Sean T.C. Phelan (D.C. Bar No. 997681) (admitted *pro hac vice*)
sphelan@sgrlaw.com
John P. Pennington (D.C. Bar No. 1018204) (admitted *pro hac vice*)
jpennington@sgrlaw.com
Darlene K. Tzou (VA Bar No. 91139) (admitted *pro hac vice*)
dtzou@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson Street, N.W., Suite 400
Washington, D.C. 20007
Telephone: (202) 263-4300
Facsimile: (202) 263-4329

Michael L. Kirby (SBN 50895)
mike@kirbyandkirbylaw.com
Heather W. Schallhorn (SBN 299760)
heather@kirbyandkirbylaw.com
KIRBY & KIRBY LLP
501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: (619) 487-1500
Facsimile: (619) 501-5733

*Attorneys for Plaintiff*
InfoGation Corp.

By: /s/ Mark Liang

Jason W. Wolff (SBN 215819)
wolff@fr.com
Joanna M. Fuller (SBN 266406)
jfuller@fr.com
Robert M. Yeh (SBN 286018)
ryeh@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099

Darin W. Snyder (SBN 136003)
dsnyder@omm.com
Luann L. Simmons (SBN 203526)
lsimmons@omm.com
David S. Almeling (SBN 235449)
dalmeling@omm.com
Mark Liang (SBN 278487)
mliang@omm.com
John X. Zhu (SBN 310857)
jzhu@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Mishima Alam (SBN 271621)
malam@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW

|   |   |
|---|---|
| 1 | Washington, DC 20006 |
| 2 | Telephone: (202) 383-5300 |
|   | Facsimile: (202) 383-5414 |
| 3 |   |
| 4 | *Attorneys for Defendants* |
|   | HUAWEI DEVICE USA, INC., |
| 5 | HUAWEI DEVICE CO., LTD., and |
| 6 | HUAWEI DEVICE (DONGGUAN) |
|   | CO. |
| 7 |   |
| 8 |   |
|   | By: /s/ Harold H. Davis, Jr. |
| 9 | Howard L. Chen (SBN 257393) |
|   | howard.chen@klgates.com |
| 10 | Harold H. Davis, Jr. (SBN 235552) |
| 11 | harold.davis@klgates.com |
|   | Rachel Burnim (SBN 292952) |
| 12 | rachel.burnim@klgates.com |
| 13 | K&L GATES LLP |
|   | Four Embarcadero Center, Ste. 1200 |
| 14 | San Francisco, CA 94111 |
| 15 | Telephone: 415.882.8200 |
|   | Facsimile: 415.882.8220 |
| 16 |   |
| 17 | Jay C. Chiu (SBN 205385) |
|   | jay.chiu@klgates.com |
| 18 | K&L GATES LLP |
| 19 | 1 Park Plaza; Twelfth Floor |
|   | Irvine, CA 92614 |
| 20 | Telephone: 949.253.0900 |
|   | Facsimile: 949.253.0902 |
| 21 |   |
| 22 | *Attorneys for Defendant* |
|   | ZTE (USA) INC. |
| 23 |   |
| 24 |   |
| 25 | By: /s/ David J. Tsai |
|   | Fred I. Williams (admitted pro hac vice) |
| 26 |  (fwilliams@velaw.com) |
|   | Mario Apreotesi (admitted pro hac vice) |
| 27 |  (mapreotesi@velaw.com) |
| 28 | VINSON & ELKINS LLP |

| | |
|---|---|
| 1 | 2801 Via Fortuna, Suite 100 |
| 2 | Austin, TX 78746-7568 |
|   | Tel: (512) 542-8400 / Fax: (512) 542-8612 |
| 3 | |
| 4 | Todd E. Landis (admitted pro hac vice) |
|   |  (tlandis@velaw.com) |
| 5 | VINSON & ELKINS LLP |
|   | 2001 Ross Avenue, Suite 3700 |
| 6 | Dallas, TX 75201-2975 |
| 7 | Tel: (214) 220-7700 / Fax: (214) 220-7716 |
| 8 | |
|   | David J. Tsai (SBN 244479) |
| 9 |  (dtsai@velaw.com) |
|   | VINSON & ELKINS LLP |
| 10 | 555 Mission Street, Suite 2000 |
| 11 | San Francisco, CA 94105 |
|   | Tel: (415) 979-6900 / Fax: (415) 651-8786 |
| 12 | |
| 13 | *Attorneys for Defendants* |
|   | HTC CORPORATION and HTC |
| 14 | AMERICA, INC. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 24, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ Julie Roland
Julie Roland

{K&K02087120}     5     CASE NOS. 3:16-CV-01901-H-JLB ET AL.