UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOGATION CORP., <br><br> Plaintiff, <br><br> v. <br><br> HTC CORPORATION; and HTC AMERICA, INC., <br><br> Defendants. | Consolidated Case No.: 16-cv-01902-H-JLB <br><br> **ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DIRECTING THE CLERK TO CLOSE THE CASE** <br><br> [Doc. No. 127.] |

On October 24, 2017, the parties filed a joint motion to dismiss Plaintiff Infogation Corp.'s claims with prejudice and Defendants HTC Corporation and HTC America, Inc.'s counterclaims without prejudice pursuant to Federal Rule of Civil Procedure 41(a). (Doc. No. 127.) The Court, for good cause shown, grants the joint motion to dismiss. All claims that Plaintiff raised or could have raised in the consolidated action are dismissed with prejudice. All claims, defenses, or counterclaims that Defendants raised or could have raised in the consolidated action are dismissed without prejudice. The Clerk is directed to close Case No. 16-cv-1902 and Case No. 17-cv-646.

**IT IS SO ORDERED.**

DATED: October 24, 2017

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT